UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIE J. TURNER, | ) |
| Petitioner, | ) |
| v. | ) Case No. 5:21-cv-0046-AMM-JHE |
| STATE OF ALABAMA, *et al.*, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On May 10, 2021, the magistrate judge entered a report recommending Willie J. Turner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed with prejudice. Doc. 11. No objections have been filed.

Having reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court adopts the magistrate judge's report and accepts his recommendations.

This court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further."

*Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations marks omitted).

The court finds Mr. Turner's claims do not satisfy either standard.

The court will enter a separate Final Judgment.

**DONE** and **ORDERED** this 8th day of June, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE